

3:16 p.m

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ROBERT F. FITZGERALD,

14 CV 9904 (PKC)

                              Plaintiff,

<u>VERDICT SHEET</u>

-against-

212 STEAKHOUSE, INC., and
NIKOLAY VOLPER,

                              Defendants.

-------------------------------------------------------------------X

Please answer the following questions in order:

## I.    <u>TITLE VII</u>

      1.    Has Plaintiff proven by a preponderance of the evidence that Plaintiff's alleged

failure to conform to gender stereotypes was a motivating factor in Defendant 212

STEAKHOUSE's decision to deny Plaintiff employment?



      Yes                No

## II.    <u>NEW YORK CITY HUMAN RIGHTS LAW - § 8-107(1) –</u>
           **(Discrimination based on failure to conform to gender stereotypes)**

      2.    Has Plaintiff proven by a preponderance of the evidence that Plaintiff's alleged

failure to conform to gender stereotypes was a motivating factor in 212 STEAKHOUSE's failure

to hire and/or termination of Plaintiff?



      Yes                No

**III.**   **NEW YORK CITY HUMAN RIGHTS LAW - § 8-107(1) –**
   **(Discrimination based on perceived sexual orientation)**

3.      Has Plaintiff proven by a preponderance of the evidence that Plaintiff's alleged

perceived sexual orientation (as gay) was a motivating factor in 212 STEAKHOUSE's failure to

hire and/or termination of Plaintiff?

```
   _____          ___X___
        Yes                No
```

**IV.**   **NEW YORK CITY HUMAN RIGHTS LAW - § 8-107(6) –**
   **(Individual Liability)**

4.      Has Plaintiff proven by a preponderance of the evidence that Defendant

NIKOLAY VOLPER aided, abetted, incited, compelled, or coerced Defendant 212

STEAKHOUSE's discriminatory treatment of Plaintiff found in response to Question 2 or 3?

```
   _____          ___X___
        Yes                No
```

**V.**   **DAMAGES**

**Compensatory Damages**

5.      Please state the total amount, if any, of compensatory damages that Plaintiff

has proven by a preponderance of the evidence were proximately caused by Defendants'

conduct.

Past Lost Earnings (Back Pay)            $ _____

Future Lost Earnings (Front Pay)         $ _____

Mental/Emotional Pain and Suffering          $_____

**If you have awarded compensatory damages in any amount, proceed to question 6.  If you did not award compensatory damages, proceed to the signature line.**

### Punitive Damages

Do you award punitive damages to Plaintiff against Defendant 212 STEAKHOUSE, INC.?

_____          _____
Yes                              No

**If your answer is "Yes," state the amount**          $_____

**You have completed all questions.  Please proceed to the signature line.**

**SIGNATURE**

Foreperson, please sign and date the verdict sheet.  Then, without disclosing your verdict, advise the Court in a note that you  have reached a verdict and are ready to return to the courtroom to announce your verdict.

Dated: New York, New York
_____12/10_____, 2015

_____
FOREPERSON